**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| GRANT BROWN, MELISSA BROWN, ALFRED DIEBOLT & SUMMIT REAL ESTATE SERVICES LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:25-CV-01478-ZMB |
| ACUITY, A MUTUAL INSURANCE COMPANY, | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPRAISAL AWARD

Come now the Plaintiffs, by and through counsel, and file this Notice of Appraisal Award,

which has the Appraisal Award (and corresponding estimate) issued by the Appraisal Panel in this

matter attached as **Exhibit 1**.

Respectfully submitted,

s/Clinton H. Scott
Clinton H. Scott (MO #71257)
clint@msb.law
Baker Evans (MO #039868)
baker@msb.law
McWHERTER SCOTT & BOBBITT PLC
54 Exeter Rd., Suite D
Jackson, Tennessee 38305
Telephone: (731) 664-1340
Facsimile: (731) 664-1540

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of this **Notice of Appraisal Award** has been served electronically via the Court's Electronic Filing System to all counsel of record on this the 30th day of June 2026.

Lawrence S. Hall
J. Nicholas Haynes
The Chartwell Law Offices, LLP
500 N. Broadway, Ste. 1850
St. Louis, Missouri 63102
lshall@chartwelllaw.com
nhaynes@chartwelllaw.com


s/Clinton H. Scott

2