<u>**DECLARATION OF APPRAISERS**</u>
<u>**APPRAISAL AWARD**</u>


**INSURED:**               **Grant & Melissa Erin Mohr Brown**
**INSURANCE COMPANY:**     **Acuity Insusrance**
**TYPE LOSS/CLAIM:**       **Appraisal for wind/hail**
**LOSS LOCATION:**         **5422 Eagle Industrial CT**
                           **Hazelwood, MO 63042**
**POLICY NUMBER:**         **ZN3278**
**DATE OF LOSS:**          **May 26, 2024**
STATE OF:                  Missouri

We have been requested by the insurance company and the insured to prepare an appraisal of damage for losses resulting from Wind and /or Hail.

We, the undersigned, do solemnly swear that we have acted with strict impartially in making an appraisal of the amount of the loss upon the property herein and before mentioned, and that we have made a true, just and conscientious award of the same, according to the best of our knowledge, skill and judgement.  We are not related to the insured, either as creditors or otherwise. We are not interested in said property or the insurance proceeds thereon.

We, the undersigned, pursuant to our appointment, **DO HEREBY CERTIFY**:  that we have truly and conscientiously performed the duties assigned us, agreeably to the foregoing stipulations, and have appraised and determined and do hereby agree on the amount of loss to the said property as follows:

| Building | R/C | Depreciation | ACV |
|---|---|---|---|
| Building | **$1,943,301.90** | **$242,124.36** | **$1,701,177.54** |
| Code upgrades | **$575,658.49** | **NONE** | **$575,658.49** |
| | | | |
| | | | |
| **TOTALS** | **$2,518,960.39** | **$242,124.36** | **$2,276,836.03** |

The above award has not included or considered any deductibles, prior payments or coverage issues. Deductibles and prior payments are to be determined by the insurance company and coverage determined according to the insurance policy/and/or contract.  The above Replacement cost and ACV loss evaluation is an appraisal consideration for all related wind and/or hail damages to the insured property.  The award for damages is made according to the attached eXcell Foensics estimate which is made part of the award.



**APPRAISER FOR THE INSURANCE COMPANY:** _____

**APPRAISER FOR THE INSURED:** *Toby Johnson*          04/16/2026

**UMPIRE** *JL Powell*          **04-16-2026**



**Trust that Builds**

April 5, 2026


Grant Brown & Melissa Erin Mohr Brown
5422-5434 Eagle Industrial Court
Hazelwood, MO 63042

eXcel Forensics
PO Box 905
Hempstead, TX 77445

**RE: 5422-5424 Eagle Industrial Court, Roof Replacement**

To Whom It May Concern:

Kustom has inspected the roof and reviewed the scope of work and estimate # 2026-03-28-1443 dated April 6, 2026, for the property noted above.

Based on our inspection and the damages sustained due to hail, we would recommend replacement of the roof system & associated mechanical items.  Further, we agree with the format and associated cost presented by eXcel Forensics.
This letter confirms that Kustom will perform the outlined scope work for the costs noted in the estimate, $ 2,518,960.39, assuming all depreciation is recoverable following completion of the work.

Please advise how best we can be of assistance in working through the successful replacement of this roof system.

Respectfully,

Jeremy Howe
Sr. VP, Natrional & Large Loss
jeremy@kustom.us
407.666.4775

---

640 E. State Road 434, Suite 1000          866-679-0699          **kustom.us**
Longwood, FL 32750                          info@kustom.us

## eXcel Forensics

P.O. Box 905
Hempstead TX  77445

| | |
|---|---|
| Insured: | Grant Brown & Melissa Erin Mohr Brown |
| Property: | 5422-5434 Eagle Industrial Court |
| | Hazelwood, MO 63042 |

| | |
|---|---|
| Estimator: | Chase Watson |
| Company: | eXcel Forensics |

**Claim Number:**                         **Policy Number:**                         **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date of Loss: | 5/26/2024 1:49 PM | Date Received: | |
| Date Inspected: | 3/27/2026 9:00 AM | Date Entered: | 3/28/2026 12:43 PM |

| | |
|---|---|
| Price List: | MOSL8X_APR26 |
| | Restoration/Service/Remodel |
| Estimate: | 2026-03-28-1443 |

**eXcel Forensics**

P.O. Box 905
Hempstead TX  77445

**2026-03-28-1443**

### Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Roof** | | | | | | | |
| 1.  Tear off 4 ply built-up roofing (no haul off) | 726.59 SQ | 81.37 | 0.00 | 6,503.49 | 65,626.12 | (0.00) | 65,626.12 |
| 2.  Built-up 4 ply roofing - in place | 726.59 SQ | 479.85 | 10,444.24 | 39,500.82 | 398,599.27 | (106,262.36) | 292,336.91 |
| 3.  Built-up 4 ply roofing - in place | 72.66 SQ | 142.32 | 1,044.44 | 1,252.39 | 12,637.80 | (0.00) | 12,637.80 |
| *Added Material for night seal during the installation process. | | | | | | | |
| 4.  Fiberboard - 2" | 72,659.00 SF | 2.85 | 6,164.39 | 23,456.67 | 236,699.21 | (67,197.95) | 169,501.26 |
| 5.  Bitumen roof - Add. glass felt layer - hot mopped appl. | 726.59 SQ | 127.50 | 1,729.70 | 10,380.69 | 104,750.61 | (17,598.40) | 87,152.21 |
| 6.  Built-up roofing - scratch and flood (no gravel) | 726.59 SQ | 330.00 | 3,480.68 | 26,758.10 | 270,013.48 | (12,647.62) | 257,365.86 |
| 7.  Insulation - perlite board, 1" | 726.59 SQ | 85.35 | 0.00 | 6,821.59 | 68,836.05 | (0.00) | 68,836.05 |
| 8.  Built-up roofing - gravel ballast | 726.59 SQ | 101.98 | 0.00 | 8,150.75 | 82,248.40 | (0.00) | 82,248.40 |
| 9.  Tear off 5 ply built-up roofing (no haul off) | 726.59 SQ | 104.51 | 0.00 | 8,352.95 | 84,288.87 | (0.00) | 84,288.87 |
| 10.  Insulation - ISO board, 3 1/2" | 726.59 SQ | 462.93 | 15,437.39 | 38,697.74 | 390,495.44 | (0.00) | 390,495.44 |
| Code-Related Item for R-30 | | | | | | | |
| 11.  Insulation - ISO board, 1" | 726.59 SQ | 220.68 | 6,469.67 | 18,349.50 | 185,163.05 | (0.00) | 185,163.05 |
| Code Related Item for R-30 | | | | | | | |
| **Roof Accessories** | | | | | | | |
| 12.  Flash parapet wall - bitumen - up to 3'* | 1,108.66 LF | 15.48 | 493.81 | 1,942.15 | 19,598.02 | (5,383.00) | 14,215.02 |
| 13.  Flash curbs - bitumen - up to 3'* | 77.00 LF | 15.48 | 34.30 | 134.89 | 1,361.15 | (373.87) | 987.28 |
| 14.  Membrane roofing - cant strips - wood | 1,108.66 LF | 4.15 | 119.81 | 519.28 | 5,240.03 | (1,044.86) | 4,195.17 |
| 15.  Aluminum termination bar / flashing for membrane roofs | 424.48 LF | 2.83 | 30.01 | 135.44 | 1,366.73 | (261.72) | 1,105.01 |
| 16.  Gravel stop | 424.48 LF | 3.03 | 51.45 | 147.13 | 1,484.75 | (448.66) | 1,036.09 |
| 17.  Furnace vent - rain cap and storm collar, 5" | 2.00 EA | 110.85 | 8.37 | 25.31 | 255.38 | (91.27) | 164.11 |
| 18.  Furnace vent - rain cap and storm collar, 8" | 7.00 EA | 126.17 | 40.14 | 101.56 | 1,024.89 | (437.53) | 587.36 |
| 19.  Flashing - pipe jack - lead | 3.00 EA | 92.69 | 16.11 | 32.36 | 326.54 | (140.50) | 186.04 |
| 20.  Flat roof exhaust vent / cap - gooseneck 12" | 1.00 EA | 97.71 | 3.84 | 11.17 | 112.72 | (33.47) | 79.25 |
| 21.  Pitch pan / pocket - up to 6" x 6" x 4" - galvanized | 4.00 EA | 150.67 | 20.50 | 68.55 | 691.73 | (178.77) | 512.96 |
| **Roofing Sheet Metal / Accessories** | | | | | | | |
| 22.  Gutter - box - aluminum - 7" to 8"* | 425.60 LF | 23.61 | 768.15 | 1,189.83 | 12,006.40 | (8,373.62) | 3,632.78 |
| 23.  Downspout - box - aluminum - 6"* | 264.30 LF | 15.85 | 269.88 | 490.50 | 4,949.53 | (2,941.95) | 2,007.58 |
| 24.  Cap flashing - large | 461.76 LF | 28.65 | 939.75 | 1,558.62 | 15,727.79 | (8,195.37) | 7,532.42 |
| 25.  Cap flashing | 537.98 LF | 21.03 | 692.24 | 1,320.65 | 13,326.61 | (6,036.88) | 7,289.73 |
| 26.  Fascia - metal - 10" | 356.35 LF | 8.65 | 139.65 | 354.44 | 3,576.52 | (852.48) | 2,724.04 |
| **Miscellaneous** | | | | | | | |
| 27.  OSHA - Roof Stands and Flag Line for leading edge* | 1.00 EA | 10,000.00 | 404.00 | 1,144.44 | 11,548.44 | (0.00) | 11,548.44 |

**eXcel Forensics**

P.O. Box 905
Hempstead TX  77445

### CONTINUED - Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 28. Equipment Operator - per hour | 240.00 HR | 82.60 | 0.00 | 2,180.64 | 22,004.64 | (0.00) | 22,004.64 |
| Dedicated labor to operate lift while performing demo and loading roof materials. 8 hours per day for 30 days. | | | | | | | |
| 29. General Laborer - per hour | 240.00 HR | 61.32 | 0.00 | 1,618.85 | 16,335.65 | (0.00) | 16,335.65 |
| Safety Flag Person - Safe Lift Operation in working/active area. 8 hours per day for 30 days. | | | | | | | |
| **Totals:  Roof** | | | **48,802.52** | **201,200.50** | **2,030,295.82** | **238,500.28** | **1,791,795.54** |

### Interior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Cleaning Vacant Unit following Roof Work** | | | | | | | |
| 30. Cleaning Technician - per hour | 320.00 HR | 60.36 | 0.00 | 2,124.67 | 21,439.87 | (0.00) | 21,439.87 |
| Cleaning interior of Unit 5432 following roof work. Team of (8) workers for (8) hours per day for 5 days to clean 32,000 sqft. | | | | | | | |
| **Interior Protection in Occupied Unit** | | | | | | | |
| 31. Interior Protection - Cleenwrap Inc Proposal* | 1.00 EA | 81,926.35 | 0.00 | 9,011.90 | 90,938.25 | (0.00) | 90,938.25 |
| **Totals:  Interior** | | | **0.00** | **11,136.57** | **112,378.12** | **0.00** | **112,378.12** |

### M / E / P

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Mechanical** | | | | | | | |
| 32. Heat, Vent, & Air Conditioning (Bid Item) | 1.00 EA | 29,960.12 | 0.00 | 3,295.61 | 33,255.73 | (0.00) | 33,255.73 |
| Recommendation from HVACi Assessment # 25-12659376 | | | | | | | |
| 33. Fantech 1HP Rooftop Exhaust Fan Replacement (per HVACi Report)* | 3.00 EA | 2,824.95 | 332.45 | 968.81 | 9,776.11 | (3,624.08) | 6,152.03 |
| 3 additional Rooftop Exhaust Fans | | | | | | | |
| 34. Retrofit curb* | 7.00 EA | 2,376.51 | 1,411.88 | 1,985.23 | 20,032.68 | (0.00) | 20,032.68 |
| Retrofit curbs for the replacement units. Not included in HVACi cost estimate. | | | | | | | |
| **Electrical** | | | | | | | |
| 35. Electrician - per hour | 80.00 HR | 134.65 | 0.00 | 1,184.92 | 11,956.92 | (0.00) | 11,956.92 |
| INTERIOR: 2 men for 2 days to detach prior to roof work, and same to reset following roof work. ROOF: 2 men for 1 day to detach and reset conduit on roof | | | | | | | |

**eXcel Forensics**

P.O. Box 905
Hempstead TX  77445

### CONTINUED - M / E / P

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals:  M / E / P** | | | **1,744.33** | **7,434.57** | **75,021.44** | **3,624.08** | **71,397.36** |

### Equipment

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 36.  Telehandler/forklift (per day) - no operator | 60.00 DA | 591.84 | 0.00 | 3,906.14 | 39,416.54 | (0.00) | 39,416.54 |
| 37.  Scissor lift - 26' platform height (per month) | 2.00 MO | 1,252.26 | 0.00 | 275.50 | 2,780.02 | (0.00) | 2,780.02 |
| Scissor lift on site for duration of project to address any interior protection concerns in the occupied area. | | | | | | | |
| 38.  Boom lift - 50'-60' reach (per day)* | 5.00 DA | 610.00 | 0.00 | 335.50 | 3,385.50 | (0.00) | 3,385.50 |
| 39.  Rental equipment delivery / mobilization (Bid item) | 6.00 EA | 250.00 | 0.00 | 165.00 | 1,665.00 | (0.00) | 1,665.00 |
| **Totals:  Equipment** | | | **0.00** | **4,682.14** | **47,247.06** | **0.00** | **47,247.06** |

### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 40.  Project Management - per hour* | 512.00 HR | 135.00 | 0.00 | 7,603.20 | 76,723.20 | (0.00) | 76,723.20 |
| 8 hours per day for 60 production days.  4 added days for prep, mobilization, demobilization and admin tasks. Monitor all activity on site and ensure safety protocols are followed. | | | | | | | |
| 41.  Site Safety and OSHA Compliance Supervisor - per hour* | 480.00 HR | 95.00 | 0.00 | 5,016.00 | 50,616.00 | (0.00) | 50,616.00 |
| 42.  Dumpster load - Approx. 40 yards, 7-8 tons of debris | 125.00 EA | 913.00 | 0.00 | 12,553.75 | 126,678.75 | (0.00) | 126,678.75 |
| Dumpster and Disposal Fees for removal of roof materials and misc construction debris. Estimated 6 SQ of (2) roofs per dumpster. | | | | | | | |
| **Totals:  General Conditions** | | | **0.00** | **25,172.95** | **254,017.95** | **0.00** | **254,017.95** |
| **Line Item Totals:  2026-03-28-1443** | | | **50,546.85** | **249,626.73** | **2,518,960.39** | **242,124.36** | **2,276,836.03** |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 1,943,301.90 | 77.15% | 1,701,177.54 | 74.72% |
| Code | 575,658.49 | 22.85% | 575,658.49 | 25.28% |
| Total | 2,518,960.39 | 100.00% | 2,276,836.03 | 100.00% |

**eXcel Forensics**

P.O. Box 905
Hempstead TX  77445

### Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 1,722,082.62 |
| Material Sales Tax | 28,639.79 |
| Subtotal | 1,750,722.41 |
| Overhead | 17,507.23 |
| Profit | 175,072.26 |
| **Replacement Cost Value** | **$1,943,301.90** |
| Less Depreciation | (242,124.36) |
| **Actual Cash Value** | **$1,701,177.54** |
| **Net Claim** | **$1,701,177.54** |
| Total Recoverable Depreciation | 242,124.36 |
| **Net Claim if Depreciation is Recovered** | **$1,943,301.90** |

_____

Chase Watson

**eXcel Forensics**

P.O. Box 905
Hempstead TX  77445

### Summary for Code

| | |
|---|---:|
| Line Item Total | 496,704.19 |
| Material Sales Tax | 21,907.06 |
| | |
| Subtotal | 518,611.25 |
| Overhead | 5,186.11 |
| Profit | 51,861.13 |
| | |
| **Replacement Cost Value** | **$575,658.49** |
| **Net Claim** | **$575,658.49** |

_____
Chase Watson

**eXcel Forensics**

P.O. Box 905
Hempstead TX  77445

## Recap of Taxes, Overhead and Profit

| | Overhead (1%) | Profit (10%) | Material Sales Tax (10.1%) | Manuf. Home Tax (10.1%) | State Food Tax (1.225%) | Local Food Tax (5.875%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 22,693.34 | 226,933.39 | 50,546.85 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | **22,693.34** | **226,933.39** | **50,546.85** | **0.00** | **0.00** | **0.00** |

**eXcel Forensics**

P.O. Box 905
Hempstead TX  77445

## Recap by Room

**Estimate: 2026-03-28-1443**

| | | | |
|---|---|---:|---:|
| **Roof** | | **1,780,292.80** | **80.24%** |
| Coverage: Dwelling | 72.10%  = | 1,283,588.61 | |
| Coverage: Code | 27.90%  = | 496,704.19 | |
| **Interior** | | **101,241.55** | **4.56%** |
| Coverage: Dwelling | 100.00%  = | 101,241.55 | |
| **M / E / P** | | **65,842.54** | **2.97%** |
| Coverage: Dwelling | 100.00%  = | 65,842.54 | |
| **Equipment** | | **42,564.92** | **1.92%** |
| Coverage: Dwelling | 100.00%  = | 42,564.92 | |
| **General Conditions** | | **228,845.00** | **10.31%** |
| Coverage: Dwelling | 100.00%  = | 228,845.00 | |
| **Subtotal of Areas** | | **2,218,786.81** | **100.00%** |
| Coverage: Dwelling | 77.61%  = | 1,722,082.62 | |
| Coverage: Code | 22.39%  = | 496,704.19 | |
| **Total** | | **2,218,786.81** | **100.00%** |

**eXcel Forensics**

P.O. Box 905
Hempstead TX  77445

## Recap by Category with Depreciation

| O&P Items | | | RCV | Deprec. | ACV |
|---|---|---|---:|---:|---:|
| **CLEANING** | | | **19,315.20** | | **19,315.20** |
| Coverage: Dwelling | @ | 100.00% = | 19,315.20 | | |
| **GENERAL DEMOLITION** | | | **474,302.18** | | **474,302.18** |
| Coverage: Dwelling | @ | 100.00% = | 474,302.18 | | |
| **ELECTRICAL** | | | **10,772.00** | | **10,772.00** |
| Coverage: Dwelling | @ | 100.00% = | 10,772.00 | | |
| **HEAVY EQUIPMENT** | | | **42,564.92** | | **42,564.92** |
| Coverage: Dwelling | @ | 100.00% = | 42,564.92 | | |
| **HEAT,  VENT & AIR CONDITIONING** | | | **55,854.04** | **3,771.92** | **52,082.12** |
| Coverage: Dwelling | @ | 100.00% = | 55,854.04 | | |
| **LABOR ONLY** | | | **149,260.80** | | **149,260.80** |
| Coverage: Dwelling | @ | 100.00% = | 149,260.80 | | |
| **ROOFING** | | | **1,450,117.53** | **205,089.38** | **1,245,028.15** |
| Coverage: Dwelling | @ | 65.75% = | 953,413.34 | | |
| Coverage: Code | @ | 34.25% = | 496,704.19 | | |
| **SOFFIT, FASCIA, & GUTTER** | | | **16,600.14** | **11,051.82** | **5,548.32** |
| Coverage: Dwelling | @ | 100.00% = | 16,600.14 | | |
| **O&P Items Subtotal** | | | **2,218,786.81** | **219,913.12** | **1,998,873.69** |
| **Material Sales Tax** | | | **50,546.85** | **22,211.24** | **28,335.61** |
| Coverage: Dwelling | @ | 56.66% = | 28,639.79 | | |
| Coverage: Code | @ | 43.34% = | 21,907.06 | | |
| **Overhead** | | | **22,693.34** | | **22,693.34** |
| Coverage: Dwelling | @ | 77.15% = | 17,507.23 | | |
| Coverage: Code | @ | 22.85% = | 5,186.11 | | |
| **Profit** | | | **226,933.39** | | **226,933.39** |
| Coverage: Dwelling | @ | 77.15% = | 175,072.26 | | |
| Coverage: Code | @ | 22.85% = | 51,861.13 | | |
| **Total** | | | **2,518,960.39** | **242,124.36** | **2,276,836.03** |